

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00649-CV

Ritza Madrigal **MENDEZ**,
Appellant

v.

**ROOTS AT O'CONNOR**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2025-CV-08109
Honorable Cesar Garcia, Judge Presiding

PER CURIAM

Sitting:      Lori I. Valenzuela, Justice
               Lori Massey Brissette, Justice
               Adrian A. Spears II, Justice

Delivered and Filed: January 14, 2026

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was originally due on November 20, 2025 and was not filed. On December 4, 2025, we ordered appellant to file, by December 19, 2025: (1) her brief; and (2) a written response reasonably explaining: (a) her failure to timely file a brief; and (b) why appellee was not significantly injured by appellant's failure to timely file a brief. In our order, we cautioned appellant that if she failed to timely file the brief and written response, we would dismiss this

appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant fails to comply with court order).

Appellant did not file the brief and written response or otherwise respond to our order. Accordingly, we dismiss this appeal for want of prosecution.

PER CURIAM